**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Smallhold, Inc.,[1]<br><br>                     Debtor. | Chapter 11<br><br>Case No. 24-10267 (CTG)<br><br>**Obj. Deadline: March 12, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: March 19, 2024 at 3:30 p.m. (ET)** |

**NOTICE OF THE DEBTOR'S FIRST OMNIBUS MOTION
FOR ENTRY OF AN ORDER (I) AUTHORIZING THE REJECTION OF (A) AN
UNEXPIRED LEASE AND (B) CERTAIN EXECUTORY CONTRACTS, EACH
EFFECTIVE AS OF THE REJECTION DATE, AND (II) GRANTING RELATED
RELIEF**

> **THIS MOTION SEEKS TO REJECT AN UNEXPIRED LEASE AND CERTAIN EXECUTORY CONTRACTS.  PARTIES RECEIVING THIS MOTION SHOULD LOCATE THEIR NAMES AND THE APPLICABLE UNEXPIRED LEASE OR EXECUTORY CONTRACT IN THE SCHEDULES ATTACHED AS SCHEDULE 1 AND SCHEDULE 2, RESPECTIVELY, TO EXHIBIT A OF THIS MOTION.**

        **PLEASE TAKE NOTICE** that the above-captioned debtor and debtor in possession (the "Debtor") filed the attached *Debtor's First Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of (A) an Unexpired Lease and (B) Certain Executory Contracts, Each Effective as of the Rejection Date, and (II) Granting Related Relief* (the "Motion").

        **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the final approval of the Motion must (a) be in writing, (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **March 12, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline"), and (c) served as to be received on or before the Objection Deadline upon (a) the Debtor, (b) proposed counsel to the Debtor, Pashman Stein Walder Hayden, P.C., 1007 North Orange Street, 4th Floor, Suite 183, Wilmington, Delaware, 19899-1347, Attn: Joseph C. Barsalona II (jbarsalona@pashmanstein.com), Amy M. Oden (aoden@pashmanstein.com) and Edward A. Cho-O'Leary (echo-oleary@pashmanstein.com), (c) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attn: Joseph Cudia (Joseph.Cudia@usdoj.gov), and (d) the Subchapter V Trustee, Brown McGarry Nimeroff LLC, 919 N. Market Street, Suite 420, Wilmington, Delaware, 19801, Attn: Jami Nimeroff (jnimeroff@bmnlawyers.com).

---

[1] The last four digits of the Debtor's federal tax identification number are 8880.  The Debtor's mailing is 285 Nostrand Avenue #1066, Brooklyn, NY 11216.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON MARCH 19, 2024 AT 3:30 P.M. (ET) BEFORE THE HONORABLE CRAIG T. GOLDBLATT, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: February 29, 2024<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Joseph C. Barsalona II*<br>Joseph C. Barsalona II (No. 6102)<br>1007 North Orange Street, 4th Floor, Suite 183<br>Wilmington, DE 19801-1242<br>Telephone: (302) 592-6496<br>Email: jbarsalona@pashmanstein.com<br><br>-and-<br><br>Amy M. Oden (admitted *pro hac vice*)<br>Edward Cho-O'Leary (admitted *pro hac vice*)<br>The Woolworth Building<br>233 Broadway, Suite 820<br>New York, New York 10279<br>Email: aoden@pashmanstein.com<br>echo-oleary@pashmanstein.com<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |